JS-6

Phillip Vondra – SBN 159473
LAW OFFICES OF VONDRA & HANNA
15520 Bear Valley Rd.
P.O. Box 1269
Victorville, CA 92393-1269
Tel: (760) 245-7781
Email: pvondra@vondralaw.com

Geoff Hamby - AR Bar No. 2015171 (Pro Hac Vice)
OLIVER LAW FIRM
3606 W Southern Hills Blvd. Ste 200
Rogers, AZ 72758
Tel: (479) 202-5200
Email: ghamby@oliverlawfirm.com

Attorneys for Plaintiff
CIERRA BOESS

Renée Welze Livingston – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendants
NAVNEET SINGH and DIVINE ROADLINE LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIERRA BOESS,<br><br>               Plaintiff,<br><br>    v.<br><br>NAVNEET SINGH and DIVINE ROADLINE LTD; and DOES 1 to 50, inclusive,<br><br>               Defendants. | ) Case No. 5:25-cv-02007-PA(DTBx)<br>)   ORDER RE<br>)<br>) **STIPULATION OF COUNSEL TO**<br>) **REMAND CASE TO STATE COURT**<br>) **AND PROPOSED ORDER**<br>)<br>)<br>) [San Bernardino Superior Court Case No.<br>) CIVSB2503177]<br>)<br>)<br>)<br>)<br>) |

*Boess v. Singh, et al.,* Case No. Case No. 5:25-cv-02007-PA(DTBx)
STIPULATION OF COUNSEL TO REMAND CASE TO STATE COURT AND PROPOSED ORDER

The following Stipulation of Counsel to remand this case to state court is made by and between Plaintiff CIERRA BOESS ("Plaintiff"), through her attorneys of record, Phillip Vondra and Geoff Hamby, and Defendants NAVNEET SINGH and DIVINE ROADLINE LTD ("Defendants"), by and through their attorney of record Renée Welze Livingston (jointly "the Parties"):

1. WHEREAS the Parties filed a Stipulation of Counsel and Request to Modify the Schedule of Trial and Pretrial Dates with a Proposed Order (Document 27) presenting what they believed to be good cause for a stipulated request to move the trial date to November 17, 2026, a date that was proposed to the Court after conducting meet and confer on available dates of the Parties and their counsel;

2. WHEREAS, the Court filed Civil Minutes that concluded the Parties did not establish good cause for the length of the trial continuance they requested (Document 28) and continued the trial to September 8, 2026;

3. WHEREAS, counsel for Defendants will be engaged in trial in California state court in Sutter County on a five-year statute case that has been extended once already and cannot be available for trial on September 8, 2026;

4. WHEREAS, the Court ordered the Parties to meet and confer to discuss whether it is in the parties' interests to stipulate to remand this action to state court and file a Joint Report by March 2, 2026;

5. WHEREAS, counsel for the Parties conducted meet and confer on February 26, 2026 and under the circumstances agreed remand to state court would be in the best interests of the Parties;

NOW, THEREFORE, the Parties stipulate as follows:

6. This matter shall be remanded to state court where the action was originally filed to accommodate the best interests of the Parties.

///

///

///

*Boess v. Singh, et al.,* Case No. Case No. 5:25-cv-02007-PA(DTBx)
STIPULATION OF COUNSEL TO REMAND CASE TO STATE COURT AND PROPOSED ORDER

SO STIPULATED.

Dated:  March 2, 2026                                   LAW OFFICES OF VONDRA & HANNA


                                                        */s/ Phillip Vondra*
                                                   By_____
                                                        Phillip Vondra
                                                        Attorneys for Plaintiff
                                                        CIERRA BOESS


Dated:  March 2, 2026                                   OLIVER LAW FIRM


                                                        */s/ Geoff Hamby*
                                                   By_____
                                                        Geoff Hamby
                                                        Attorneys for Plaintiff
                                                        CIERRA BOESS



Dated:  March 2, 2026                                   LIVINGSTON LAW FIRM


                                                        */s/ Renée Welze Livingston*
                                                   By_____
                                                        Renée Welze Livingston
                                                        Attorneys for Defendants
                                                        NAVNEET SINGH and DIVINE
                                                        ROADLINE LTD


                          **SIGNATURE ATTESTATION**

        I hereby attest that all signatories listed above, on whose behalf this stipulation is

submitted, concur in the filing's content and have authorized the filing.


                                                        */s/ Renée Welze Livingston*
                                                   By_____
                                                        Renée Welze Livingston
                                                        Attorneys for Defendants
                                                        NAVNEET SINGH and DIVINE
                                                        ROADLINE LTD

**ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1.  The above-captioned matter is remanded to San Bernardino County Superior Court.

DATED: March 02, 2026

_____

PERCY ANDERSON

UNITED STATES DISTRICT JUDGE